IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITA MASTERS and ROBERT MASTERS,<br><br>Plaintiffs,<br><br>v.<br><br>CRACKER BARREL OLD COUNTRY STORE, INC.<br><br>-and-<br><br>ROSE ACRE FARMS, INC.,<br><br>Defendants. | Case No. 1:21-cv-10583-NMG<br><br>DECLARATION OF AMANDA JACKSON IN SUPPORT OF ROSE ACRE FARMS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, AND FOR TRANSFER OF VENUE IN THE ALTERNATIVE |

AMANDA JACKSON states as follows:

1. I am the Director of Sales at Rose Acre Farms, Inc. ("Rose Acre").

2. Rose Acre is a corporation formed under the laws of the state of Indiana, with its principal place of business in Indiana.

3. Rose Acre sells a variety of egg products to retail and business-to-business customers. Such products generally include, but are not limited to: shell eggs packaged for consumer sale and for commercial or food-service use, liquid eggs, dried eggs, and egg protein powders made from dried egg whites.

4. The shell eggs voluntarily recalled by Rose Acre in April 2018 and were limited to shell eggs produced and processed at its Hyde County, North Carolina facility from January 11, 2018 to April 12, 2018. *See* https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/rose-acre-farms-recalls-shell-eggs-due-possible-health-risk.

5. Rose Acre did not ship the recalled shell eggs processed at its Hyde County, North Carolina facility directly to Defendant Cracker Barrel's Store #81 in Roanoke Rapids, North Carolina.

1

6. Rose Acre shipped shell eggs processed at its Hyde County, North Carolina processing facility to a third-party distributor located in Rock Hill, South Carolina, who then transported them to Cracker Barrel's Store #81 in Roanoke Rapids, North Carolina.

7. The last load of recalled shell eggs sent to the third-party distributor were sent on March 15, 2018, and had a use-by date of April 11, 2018.

8. Between March 15, 2018 and April 13, 2018, Rose Acre shipped all additional shell eggs to the third-party distributor from facilities located in Indiana and Georgia.

9. Rose Acre does not produce, process, sell and/or distribute any shell eggs within Massachusetts.

10. Rose Acre has previously contracted to sell liquid and dried eggs products to three commercial customers in Massachusetts. Those liquid and dried egg products were not processed at, or delivered from Rose Acre's Hyde County, North Carolina facility.

11. The liquid and dried egg products sold to the three customers in Massachusetts were not subject to Rose Acre's voluntary recall of shell eggs processed at its Hyde County, North Carolina facility in April 2018.

12. Defendant Cracker Barrel was not one of the three customers the liquid and dried egg products were sold to in Massachusetts.

13. Rose Acre does not own any real estate or personal property in Massachusetts.

14. Rose Acre does not have any employees in Massachusetts.

15. Rose Acre does not pay any taxes in Massachusetts.

16. Rose Acre does not conduct any advertising or marketing in Massachusetts.

17. Rose Acre does not have a registered agent for service of process in Massachusetts.

18. Rose Acre has not contracted to insure any entity within Massachusetts.

19. Rose Acre is not now, nor has it ever, been a party to a personal or marital relationship within Massachusetts.

20. Rose Acre has never been subjected to an alimony, custody, child support, or property settlement order within Massachusetts.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2021.

                                       _____
                                       Amanda Jackson
                                       *Director of Sales at Rose Acre Farms, Inc.*

## CERTIFICATION

      I hereby certify that on May 17, 2021, a copy of the foregoing **Declaration of Amanda Jackson in Support of Rose Acre Farms, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, and for Transfer of Venue in the Alternative** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Timothy H. Barnes, Esq.
Honig & Barnes LLP
55 Wingate Street
Haverhill, MA 01832
978-374-4420
Email: tbarnes@honigbarnes.com

Sean J. Milano
Monika Zarski
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
617-439-7500
Email: smilano@morrisonmahoney.com
Email: mzarski@morrisonmahoney.com


                                          */s/ Tyler Young*